UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 12 CV 04678

Roberto Dejesus

        **Plaintiff(s)**

        **vs.**

C.O.Laron Reese,shield 17189

        **Defendant(s)**

)
)
)
)
)
)
)
)
)
)

**INMATE
CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

**Civil Case No.: 9:**

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.     This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.     Plaintiff:     Laron DeJesus 12-A-0084

    Address:     Clinton Correctional Facility

    P.O.Box 2001

    Dannemora,N.Y.12929-2001

        Tel 518 492-2511

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant:     Laron Reese Shield 17189

    Official Position:     N.Y.C.D.O.C.S. "Correction Officer"

    Address:     1600 Hazen Street

    East Elmhurst,New York 11370

b.   Defendant: _____

Official Position: _____

Address: _____

_____

_____

c.   Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                    **PLACE OF PRESENT CONFINEMENT**

a.   Is there a prisoner grievance procedure at this facility?

( ✓ ) Yes              (  ) No

b.   If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?

( ✓ ) Yes              (  ) No

If your answer to 4(b) is YES:

(i)   What steps did you take?

Filed Grievances for Assault

and Harassment

(ii)   What was the **final** result of your grievance?

Non-Grievable Issue, Notice from Grievance Dep't.

_____

Form E (2) (a) . 2

If your answer to 4(b) is NO:

     Why did you choose to not present the facts relating to your complaint in the prison's grievance program?

_____   N/A

_____

c.    If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

   ( ) Yes       ( ) No

   If your answer to 4(c) is YES:

(i)    What steps did you take?    N/A

_____

_____

(ii)   What was the **final** result regarding your complaint?

_____   N/A

_____

If your answer to 4(c) is NO:

     Why did you choose to not complain about the facts relating to your complaint in such prison?

_____   N/A

_____

5.                **PREVIOUS LAWSUITS**

a.    Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

   ( ) Yes       (√) No

b.    If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

    i.    Parties to previous lawsuit:

           Plaintiffs:                      N/A

           Defendants:

    ii.   Court (if federal court, name District; if state court, name County:

    iii.  Docket number:

    iv.  Name of Judge to whom case was assigned:

    v.   Disposition (dismissed? on appeal? still pending?)

    vi.  Approximate date of filing prior lawsuit:

    vii. Approximate date of disposition:

6.                       **FACTS**

      Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)**

On February 16, 2011, I was removed from my cell by C.O. Reese
taken into the shower area and assaulted while rear-cuffed
sustaining injuries to my head, neck and back, resulting in

Permanent and Personal Injuries requiring emergency aid
and urgent medical attention after defendant grabbed the
plaintiff about his neck, after shoving him into the shower
area and repeatedly ramming my head into the wall of the
shower area, causing substantial and chronic pain, leaving

a gaping hole in the left side of my head. After grabbing me

Form E (2) (a) . 4

StateMENT OF Fact's Continued page 4,Line 6.

by my neck and ramming my head into the shower wall,repeatedly
sadistically and maliciously for unprovoked reason's the said
defendant C.O.Reese,while acting under the color of law,and in
the furtherence of his employment did intentionally Assault the
Plaintiff by removing Plaintiff from his cell,with the intention
to commit an Assault upon his person,in an Isolated area to wit
the shower area on 3-south of C.P.S.U. In which C.O.Reese acted
outside the scope and authority of his position and violated the
Civil Right's of Plaintiff by Using Excessive Use of Force for
Unprovoked Reason's wantonly and wickedly causing injuries to
Plaintiff by way of violent shoving and pushing forcing the Plaintiff
into the shower area while rear-cuffed,then violently grabbing
the plaintiff around his neck as if to choke him and by ramming
the head of Plaintiff into the wall,repeatedly as if to cause
serious physical injuries and mental and emotional distress.
Said conduct of C.O.Reese,resulted in Plaintiff sustaining a
hole in his head,bruises and scratches upon his neck,because
plaintiff was rear-cuffed during the time of the assault he
could not defend himself from the vicious assault. The defendant
C.O.Reese,committed the unnecessary infliction and wanton infliction
of pain in violation of the Eighth Amendment,amounting to Excessive
Use of Force,and acted with a "sufficiently culpable state of mind"
See,Farmer v.Brennan,511 U.S. 825,834 (1994);Hudson v.McMillion,
503 U.S. 1,9-10 (1992);Davidson v.Flynn,32 F.3d 27,29 (2d Cir.1994);
See,Griffen v.Crippen,193 F.3d 8991-92(2d Cir.1999);Smith v.Marcellus,
917 F.Supp.168,171-73( W.D.N.Y. 1995).

## AS A FIRST CAUSE OF ACTION

Excessive Use of Force,the defendant did commit the act of Excessive
Use of Force against the Plaintiff when he C.O.Reese intentionally
with wanton and wickedness sufficiently and unnecessarily
inflicted    Pain without just cause or provocation against the
Plaintiff while acting under color of State law,and in the furtherence
of his employment as a New York City Correction Officer violated
the Civil Right's of the Plaintiff when he was a pre-trial detainee
further inflicting serious physical injuries against the Plaintiff's
person by rear-cuffing Plaintiff,and taking  him out of his cell
for the sole purpose of isolating him for the sadistic and malicious
assault by shoving and pushing plaintiff into the shower area  and
by grabbing Plaintiff about his neck as if in a choking manner and
then violently ramming his head into the wall of the shower area
causing a gaping hole in the left side of his head requiring immediate
emergency aid and attention,resulting in serious physical injuries.
Violating the Plaintiff's Fifth and Fourteenth Amendment Right's to
Due Process as a pre-trial detainee.Further violating the Eighth
Amendment's cruel and unusual Punishment Clause. The unprovoked
attack and beating of plaintiff by defendant C.O.Reese on February
16th,2011,violated the Right's and Constituted Cruel and Unusual
Punishment under the Eighth Amendment of the United States Constitution.
The unprovoked beating of plaintiff by defendant C.O.Reese on
February 16,2011,violated the Due Process Clause of the Fourteenth
Amendment of the United States Constitution. The Personal Injuries
and Damages are permanent in nature,and caused substantial and CHRONIC
Pain and suffering,mental and emotional distress and anguish.

## AS A SECOND CAUSE OF ACTION

Assault and Battery,the defendant C.O.Laron Reese,while acting
under color of state law,in the scope of the furtherence of his
employment as a New York City Department of Correction Employee
assaulted Plaintiff on February 16,2011,and committed the act of
Battery upon the Plaintiff's person,causing him to sustain a gaping
head wound(hole) in the left side of Plaintiff's head,requiring
urgent medical attention and emergency aid.The defendant's act
of sadistically and maliciously attacking Plaintiff for unprovoked
reason's with malicious intent,sadistic intent causing the wanton
unnecessary infliction of pain by deliberately ramming plaintiff's
head into a wall,the unreasonable exercise of Excessive force the
defendant used against Plaintiff was intended to cause harm,and
serious physical injury. The defendant C.O.Reese,did knowingly
commit the act of Assault and Battery upon the Plaintiff's person
causing plaintiff to sustain permanent injuries both physical and
emotional amounting to cruel and unusual punishment in violation
of Plaintiff's Civil Right's Protected by the Eighth Amendment
of the United States Constitution. Plaintiff sustained damages
that are persistent and permanent in their nature,lasting and
has further caused the Plaintiff to suffer with Chronic headaches
blurred vision,loss of appetite,loss of sleep,mental and emotional
distress and anguish.The defendant caused plaintiff to sustain
Head Truama,a gaping hole in the left side of plaintiff's head
causing plaintiff to suffer extreme pain,excrusiating pain and
physical injuries.Personal,and PErmanent injuries resulting in
damages to plaintiff person.

## AS A THIRD CAUSE OF ACTION

RETAILIATION    defendant C.O.Reese shield number 17189 an Employee
of the City of New York,Department of Correction,while acting under
color of state law,in the furtherence of his employment as a New York
City Department of Correction "Correction Officer" while assigned to
O.B.C.C. Otis Bantum Correctional Center located at 1600 Hazen Street
East Elmhurst,New York 11370 ,on November 23rd,2010 at approximately
1830 hour's the defendant Assaulted the Plaintiff for unprovoked
reason's,and sadistically and maliciously attacked the plaintiff.
By striking Plaintiff with closed clenched fist,striking plaintiff
about his body,as a result of the incident C.O.Reese wrote a False
Misbehavior Report to attempt to cover up his misconduct toward's
plaintiff's,and plaintiff was moved to C.P.S.H. which is the Special
Housing Unit therein O.B.C.C.,IN WHICH I was placed in 3-South,7-cell.
On February 16th,2011, at approximately 6:00 a.m. I was told to get
ready for my shower by the shower officer,whom allowed me to take a
shower in preparedness for court trip.I was never called for court
and or never taken to the receiving room for court transport.After
a few hour's C.O.Laron Reese,whom was assigned to the meal relief
whom previously assaulted me on November 23rd,2010,came to my cell
and asked me if I wanted a shower. I stated to C.O.Reese,that I
had  been given my shower at 6:00 a.m. and that the shower officer
had log in that I had already taken my shower and there was no need
for me to take another shower,C.O.Reese then left,but,returned in
10-minutes and told me or asked me if I wanted another shower,in which
I said no.He then gave me a direct order to turn and face the back of
my cell,step backward's and he placed the hand-cuff restraint's upon me.

Continuation of THIRD CAUSE OF Action

I was then forced to the shower area,where C.O.Reese pushed
and shoved me into the shower,then he grabbed me about the neck
and repeatedly rammed my head into the wall,knocking a gaping hole
in the left side of my head,requiring immediate emergency attention.
The sadistic and malicious attack upon plaintiff's person for unprovoked
reason's was to instill fear,cause harm,grave harm,and physical and
mental anguish and emotional distress.All the injuries Plaintiff sustained
are permanent in their nature,lasting in that personal injuries  exist
which prevent the Plaintiff from enjoying the normal fruit's of activiteis
and that the defendant is the sole cause for the injury,the injury
is the result of intentional conduct of the defendant which violates
the right's and civil right's of the Plaintiff,his pre-trial detainee
right's,Protected by the Fifth and Fourteenth Amendment of the United
States Constitution and the Eighth Amendment's Cruel and Unusual
Punishment Clasue and Due Process. At all times the defendant an
Employee of the City of New York,Department of Correction, a New York
Correction Officer,acted under color of the state,in the scope and
furtherence of his emp_loyment,did with malicious intent,sadistic
intent Retailated against the defendant by not serving him chow on
several dates of his employment to the C.P.S.U. SPECIFICALLY 3-south
7-cell,during the times C.O.Reese worked that company I did not get
fed,nor was I allowed to use the phone for legal call,nor was I able
to go to recreation,as a result of his Retailiation tactic's against
me  which caused plaintiff to fear for his safety,well being and his life.
The defendant further filed false misbehavior report's to cover up his
misconduct,which was reversed.For those and previously stated reason's

Plaintiff demands JUDGEMENT IN THE AMOUNT OF FIVE MILLION

DOLLARS AND NO CENT.

Past Pain and Sufferin,Future Pain and Suffering,and Future Medical

Expenses.

COMPENSATORY damages are hereby demanded against the defendant in the

SUM OF FIVE MILLION DOLLARS AND NO CENT. ($5,000,000.00).

PUNATIVE damages are hereby demanded against the defendant in the SUM

of FIVE MILLION DOLLARS AND NO CENT, ($5,000,000.00) .


Plaintiff demands a Trial by Jury .


Prayer for Relief

        WHEREFORE,Plaintiff respectfully request that this Court Grant
the following relief ; damages against the defendant in the sum of FIVE
MILLION DOLLARS AND NO CENT with cost,fess associated with prosecuting
this action and disbursement's thereof,and for any such other and further
relief this honorable U.S.District Court,may deem just and proper.


I declare under penalty of perjury that the foregoing is true and correct.


Dated :  _June 8th_____


                                     _Robert L Nelson_____
                                     Signature of Plaintiff

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN ____ DISTRICT OF ___ NEW YORK

Roberto Dejesus,

### SUMMONS IN A CIVIL CASE

V.                                    CASE NUMBER:

C.O.Laron Reese,shield 17189

TO: (Name and address of defendant)

C.O.Laron Reese
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst,N.Y. 11370

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr.Roberto  Dejesus 12-A-0084
Clinton Correctional Facility
P.O.Box 2000
Dannemora,N.Y.12929-2001

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

_____
CLERK                                    DATE

_____
(BY) DEPUTY CLERK

# <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK         )

COUNTY OF Clinton      )Ss:


Roberto DeJesus , being duly sworn, deposes an says:

I am the claimant in the enclosed action.

I have on this _8th_ day of _June_ 20_12_. Placed and submitted within

the institutional mailbox located at:

DownSTATe Corr Facility
P.O. Box F
Fishkill, N.Y. 12524-0445

The following:

U.S. Clerk of the Court
U.S. District Court
U.S. Southern District of newYork
500 Pearl Street/Pro-se office
New York, NY 10007


I have Submitted original
document 42 U.S.C. 1983
Prisoner Civil Rights Law Suit

_____
_____
_____
_____
_____
_____
_____
_____

To be mailed and delivered via the United States Postal Service upon the following:

U.S. Clerk of the Court
U.S. Southern District of New York
500 Pearl Street / Pro-se office
N.Y. , N.Y.   10007

Robert DeJesus
Robe-To DeJesus , Pro-Se
Robert Nguyen

Sworn to me this __8__ day
of __June__ , 20 12

_____
Notary Public

CARMILE PRINGLE
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01PR6092127
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES 05-12-